# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *EEOC v. Professional Media Corp.*
Civil No. RWT-10-2689

DATE: September 21, 2011

\* \* \* \* \* \* \* \* \*

On September 19, 2011, the parties filed, as a motion, a Stipulated Request for Expedited Hearing on Defendant's Motion for Partial Dismissal of the Complaint. The motion is hereby **GRANTED**. The hearing previously scheduled for December 13, 2011 at 9:30 a.m. is hereby **RESCHEDULED** for **October 11, 2011 at 2:00 p.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____
Roger W. Titus
United States District Judge