# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *EEOC v. Professional Media Corp.*  
Civil No. RWT-10-2689

DATE: October 7, 2011

\* \* \* \* \* \* \* \* \*

Due to a change in the schedule, the hearing previously scheduled for October 11, 2011 at 2:00 p.m is hereby **RESCHEDULED** for **October 11, 2011 at 11:30 p.m**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

By Alexander Williams, Jr. for RWT  
Roger W. Titus  
United States District Judge